UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Pharmacy Corporation of America,

    *Plaintiff*,

    v.

Buckeye Forest at Fairfield, LLC, *et al.*,

    *Defendants*.

Case No. 1:23-cv-00242

Judge Jeffery P. Hopkins

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Defendants' counsel that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 12/8/2023

Hon. Jeffery P. Hopkins
United States District Judge