# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| PHARMACY CORPORATION OF AMERICA d/b/a PHARMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BUCKEYE FOREST AT FAIRFIELD, LLC d/b/a AYDEN HEALTHCARE OF FAIRFIELD; BUCKEYE FOREST AT JACKSON, LLC d/b/a AYDEN HEALTHCARE OF JACKSON; BUCKEYE FOREST AT MADEIRA, LLC d/b/a AYDEN HEALTHCARE OF MADEIRA; BUCKEYE FOREST AT PORTSMOUTH d/b/a AYDEN HEALTHCARE OF ROSEMOUNT PAVILION; and COTTINGHAM MANAGEMENT, LLC d/b/a LIONSTONE CARE MANAGEMENT <br><br> Defendants. | Civil Action No.: 1:23-cv-00242-JPH |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Pharmacy Corporation of America d/b/a PharMerica and Defendants Buckeye Forest at Fairfield, LLC d/b/a Ayden Healthcare of Fairfield, Buckeye Forest at Jackson, LLC d/b/a Ayden Healthcare of Jackson, Buckeye Forest at Madeira, LLC d/b/a Ayden Healthcare of Madeira, Buckeye Forest at Portsmouth, LLC d/b/a Ayden Healthcare of Rosemount Pavilion and Cottingham Management, LLC d/b/a Lionstone Care Management hereby stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, with each party bearing that party's own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Metzger Stinnett* | */s/ Mayer S. Klein* (with permission) |
| Elizabeth B. Noland (#0076068) | Geoffrey E. Webster |
| Jennifer Metzger Stinnett, *pro hac vice* | Webster Law Offices Co., LPA |
| William H. Mazur, *pro hac vice* | 17 South High Street, Suite 770 |
| FULTZ MADDOX DICKENS PLC | Columbus, Ohio 43215 |
| 101 South Fifth St., 27th Floor | gewebster@gewebster.com |
| Louisville, KY 40202 | |
| Telephone: (502) 588-2000 | and |
| Fax: (502) 588-2020 | |
| ebnoland@fmdlegal.com | Mayer S. Klein, *pro hac vice* |
| jstinnett@fmdlegal.com | Frankel, Rubin, Klein, Payne & Pudlowski, P.C. |
| wmazur@fmdlegal.com | 231 S. Bemiston Avenue, Suite 1111 |
| | Clayton, Missouri 63105 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |